UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAZARIO GARCIA FLORENTINO, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>-against-<br><br>GREAT CHINA RESTAURANT, INC. et al.,<br><br>                Defendants. | 22-CV-8896 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

       This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including Dkt. 27, except that status conference set for November 20, 2023 is hereby ADJOURNED to **November 22, 2023 at 11:00 AM**. This conference will be held before Judge Clarke via Microsoft Teams. All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

Dated: July 26, 2023
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*
                              JESSICA G. L. CLARKE
                              United States District Judge