UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NAZARIO GARCIA FLORENTINO, *individually and on behalf of others similarly situated*,

Civil Action No. 22-cv-08896-JGLC

*Plaintiff*,

**JUDGMENT**

-against-

GREAT CHINA RESTAURANT, INC.
(D/B/A GREAT CHINA) and YAN CHEN,

*Defendants*,

-----------------------------------------------------------------X

**JUDGMENT**

On March 20, 2024, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, NAZARIO GARCIA FLORENTINO, has judgment against GREAT CHINA RESTAURANT, INC. (D/B/A GREAT CHINA) and YAN CHEN, jointly and severally, in the amount of Fifty Thousand Dollars and No Cents ($50,000.00), which is inclusive of attorneys' fees and costs.

Dated: __March 21__, 2024

_____
JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE

Any pending motions are moot. Trial scheduled for April 23-24, 2024 is cancelled.

The Clerk of Court is directed to CLOSE the case.